UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

                                     S2  06CR0283(CLB)

GLEN ROBINS

                        ORDER ACCEPTING PLEA ALLOCUTION

--------------------------------

BRIEANT, J.

       The Court has reviewed the transcript of the plea allocution in the above entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Mark D. Fox, United States Magistrate Judge, dated, February 28, 2007   is approved and accepted.

       The Clerk of the Court is directed to enter the plea.

Dated: March 14, 2007

                                       SO ORDERED:

                                       _____
                                       CHARLES L. BRIEANT
                                 UNITED STATES DISTRICT JUDGE